IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:21-CV-81330-RAR

SFR SERVICES LLC A/A/O MICHAEL
EDELL AND LOUISE EDELL,

    Plaintiff,

vs.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, SFR SERVICES LLC A/A/O MICHAEL EDELL AND LOUISE EDELL, by and through undersigned counsel, hereby notifies the Court that the parties have reached an amicable settlement of this matter and are in the process of exchanging settlement documents and funds.

    Respectfully submitted,

    /s/ *Veronica Rabinowitz*
    VERONICA RABINOWITZ, ESQ.
    FL Bar No. 99618
    JOSHUA WHISLER, ESQ.
    FL Bar No. 98172
    *On behalf of the Plaintiff*

    THE WHISLER LAW FIRM, P.A.
    <u>Attorney for Plaintiff</u>
    1909 Tyler St., Ste. 501
    Hollywood, Florida 33020
    Telephone:   (561) 708-0513
    E-Mail: service@whislerlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List by Electronic Mail.

/s/ *Veronica Rabinowitz*
Veronica Rabinowitz, Esq.
Florida Bar No. 0099618
1909 Tyler Street, Suite 501
Hollywood, Florida 33020
Telephone: 561-708-0513
Email: vrabinowitz@whislerlawfirm.com
Email: Service@whislerlawfirm.com

**SERVICE LIST**

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**
*Counsel for Defendant*
Danielle Robinson, Esq.,
FBN: 13921
Michael A. Packer, Esq.,
FBN: 121479
2400 E. Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308
Phone: (954) 847-4920
E-mail: dnrobinson@mdwcg.com;
PAGarcia@mdwcg.com;
pleadingsftl@mdwcg.com