UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-81330-RAR

**SFR SERVICES, LLC,**
a/a/o **MICHAEL EDELL AND LOUISE EDELL**,

    Plaintiff,

v.

**THE HARTFORD INSURANCE COMPANY OF THE MIDWEST**,

    Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. Plaintiff filed a Notice of Voluntary Dismissal with Prejudice [ECF No. 87] ("Notice") on August 5, 2022. The Notice states that the Court retains jurisdiction to enforce the terms of the settlement agreement. Notice at 1. However, the parties did not file a copy of their settlement agreement on the docket. Because the Court will not retain jurisdiction over a settlement agreement it has not fully seen or approved, the Court ordered Plaintiff to file a renewed Notice on or before August 12, 2022, that includes a copy of the settlement agreement on the public docket or removes the provision that the Court retains jurisdiction. [ECF No. 88]. To date, Plaintiff has neither complied with that Order nor requested an extension of time in which to do so. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of August, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**